| | |
|---|---|
| **DISTRICT COURT, WELD COUNTY, STATE OF COLORADO**<br><br>901 9th Avenue<br>Greeley, Colorado 80631 | DATE FILED: October 9, 2019 3:22 PM<br>FILING ID: 276D1879EEF1B<br>CASE NUMBER: 2019CV30833 |
| **Plaintiff:** BRIARWOOD EQUITY, LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendant:** EQUIPMENTSHARE.COM, INC., a Delaware corporation. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff:*<br>GOODSPEED & MERRILL<br>Phillip L. Douglass, #28152<br>Parker J. Smith, #48937<br>7800 E. Union Ave., Suite 600<br>Denver, Colorado 80237<br>Telephone: 720-473-7644<br>pdouglass@goodspeedmerrill.com<br>psmith@goodspeedmerrill.com | Case No.:<br><br>Division: |

## COMPLAINT

Plaintiff Briarwood Equity, LLC ("Briarwood"), through its counsel, Goodspeed & Merrill, hereby states its Complaint against Defendant Equipmentshare.com, Inc. as follows:

### PARTIES, VENUE, AND JURISDICTION

1.  Briarwood is a Colorado limited liability company with its principal place of business located at 200 Quebec Street, Building 300, Suite 111, Denver, Colorado 80230. Briarwood is in good standing and registered to do business in the State of Colorado.

2.  Defendant Equipmentshare.com, Inc. ("Defendant") is a Delaware corporation with its principal place of business located at 7131 Longview Drive, Fulton, Missouri 65251.


Ex. 1

3.     Venue is proper before this Court pursuant to the terms of the lease agreement at issue and C.R.C.P. 98(c).

4.     The Court has personal jurisdiction over Defendant pursuant to C.R.S. § 13-1-124.

## GENERAL ALLEGATIONS

5.     Pursuant to a Triple-Net Lease dated January 30, 2019 (the "Lease"), Defendant leased from Briarwood certain commercial property located at 821 County Road 27, Brighton, Colorado 80603 (the "Premises").  A true and correct copy of the Lease is attached hereto as **Exhibit 1**.

6.     Per the terms of the Lease, Defendant agreed to, among other things, pay Briarwood specified base rent and common area operating expenses on a monthly basis, for an initial term of 60 months, beginning on May 1, 2019.

7.     Defendant assumed possession of the Premises and paid Briarwood the agreed upon base rent for the months of May and June, 2019.

8.     Defendant, however, ceased paying the stipulated monthly base rent thereafter, and further failed to pay the agreed upon common area operating expenses for any month.

9.     Briarwood made multiple demands that Defendant cure its failure to pay the past due base rent and common area operating expenses owed to Briarwood.  Despite those demands, Defendant refused to provide base rent for July and August, 2019, or common area operating expenses for May, June, July, and August, 2019.

10.    Defendant's failure to provide the agreed base rent and common area operating

expenses were events of default under the Lease. Due to Defendant's default, Briarwood terminated the Lease, in accordance with the terms therein, effective August 31, 2019.

11. Defendant's breach has caused Briarwood to suffer loss. Per the terms of the Lease, Defendant is liable to Briarwood for the past due base rent and common area operating expenses, a 6% percent late charge on those amounts, plus interest at the rate of 9.25% per annum from the date of default until paid.

12. Defendant's breach has also caused Briarwood to incur significant expenses associated with obtaining possession and reletting the Premises. Briarwood is entitled to recover those expenses from Defendant under the Lease.

13. The Lease further provides that Defendant is liable to Briarwood for the reasonable attorneys' fees it incurs in successfully enforcing its contractual rights.

14. At all relevant times, Briarwood has materially performed in accordance with its obligations under the Lease, and all conditions precedent to the initiation of this lawsuit have been satisfied.

## FIRST CLAIM FOR RELIEF
### (Breach of Lease)

15. Briarwood incorporates the foregoing paragraphs of the Complaint as if fully reinstated herein.

16. As evidenced by the Lease, a valid contract between Briarwood and Defendant existed.

17. Briarwood performed all conditions precedent to enforce its rights under the terms of the Lease.

18. Defendant materially breached the Lease by, without limitation, failing to pay the

base rent and common area operating expenses as agreed upon by the parties.

19.     As a result of Defendant's breach, Briarwood has been damaged in an amount to be proven at trial, and which is within the jurisdictional limits of this Court.

20.     Per the terms of the Lease, Briarwood is further entitled to recover its attorneys' fees in enforcing the Lease.

## SECOND CLAIM FOR RELIEF
### (Declaratory Judgment)

21.     Briarwood incorporates the foregoing paragraphs of the Complaint as if fully reinstated herein.

22.     C.R.C.P. 57 provides that any person interested under a written contract may have determined any questions of construction or validity arising under the contract and obtain a declaration of rights, status of other legal relations thereunder.

23.     Pursuant to the Lease, Defendant guaranteed that it would remain liable for any base rent and common area expenses it would have paid during the 60-month term to the extent they are not provided in full by subsequent tenants of the Premises.

24.     Defendant has repeatedly denied that it is bound by the above guaranty set out in the Lease.

25.     Briarwood seeks a declaration that, per the terms in the Lease, Defendant remains liable for any amount of base rent and common area operating expenses it would have paid under the Lease which Briarwood is unable to recover, despite diligent efforts, through reletting the Premises to subsequent tenants, as well as costs and expenses incurred related thereto.

## JURY DEMAND

Plaintiff respectfully demands a trial by jury on all issues so triable.

WHEREFORE, Plaintiff Briarwood Equity, LLC respectfully requests that the Court enter judgment in its favor and against Defendant Equipmentshare.com, Inc. in an amount to be determined at trial, plus pre- and post- judgment interest and attorneys' fees per the Lease, and for a declaration binding Defendant to its guaranty under the Lease, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 9th day of October 2019.

**GOODSPEED & MERRILL**

*s/ Phillip L. Douglass*
Phillip L. Douglass, #28152
Parker J. Smith, #48937
*Attorneys for Plaintiff Briarwood Equity, LLC*

**Plaintiff's Address:**
Briarwood Equity, LLC
200 Quebec St. BLDG 300
Suite 11 PMB 85
Denver, Colorado 80230